1052

[No. 36488-3-II. Division Two. June 3, 2008.]

JENNIFER LOU CARR, *Individually and as Limited Guardian*, *Appellant*, v. MARGARET A. KOEPPLIN ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Kitsap County, No. 05-2-02628-8, M. Karlynn Haberly, J., entered May 30, 2007. *Affirmed* by unpublished opinion per Armstrong, J., concurred in by Van Deren, A.C.J., and Bridgewater, J.

[No. 25383-0-III. Division Three. June 3, 2008.]

THE STATE OF WASHINGTON, *Respondent*, v. ARLIN REYNOLDS JORDIN, *Appellant*.

Appeal from judgments of the Superior Court for Spokane County, No. 05-1-02391-1, Neal Q. Rielly, J., entered May 9 and July 12, 2006. *Affirmed* by unpublished opinion per Kulik, A.C.J., concurred in by Brown, J., and Thompson, J. Pro Tem.

[No. 25654-5-III. Division Three. June 3, 2008.]

CLYDE M. ROBINSON ET AL., *Respondents*, v. AVIS HAMLIN, *Appellant*.

Appeal from a judgment of the Superior Court for Yakima County, No. 95-2-01851-2, C. James Lust, J., entered October 6, 2006. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Sweeney and Korsmo, JJ.

[No. 25691-0-III. Division Three. June 3, 2008.]

PULLMAN ALLIANCE FOR RESPONSIBLE DEVELOPMENT, *Appellant*, v. CLC ASSOCIATES OF SPOKANE VALLEY ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Whitman County, No. 06-2-00051-8, David Frazier, J., entered November 1, 2006. *Affirmed* by unpublished opinion per Schultheis, C.J., concurred in by Sweeney, J., and Thompson, J. Pro Tem.